**Marshall BYRD v. STATE.**
8 Div. 138.

Court of Appeals of Alabama.
May 21, 1935.

BRICKEN, Presiding Judge.
Affirmed.

**CITY OF GADSDEN v. Harry Franklin MOON, pro ami.**
7 Div. 117.

Court of Appeals of Alabama.
June 4, 1935.

A. M. Rains, of Gadsden, for appellant.
McCord & McCord, of Gadsden, for appellee.

RICE, Judge.
Appeal dismissed by agreement.

**B. J. CLARIDY v. STATE.**
8 Div. 185.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge,
Affirmed.

**Charles COOPER v. STATE.**
8 Div. 126.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Affirmed.

**Fred CRENSHAW v. STATE.**
1 Div. 208.

Court of Appeals of Alabama.
April 30, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed, on motion of appellant.

**Ab CROW, Sheriff, etc., et al. v. Daisy Robinson KEELING.**
7 Div. 110.

Court of Appeals of Alabama.
May 23, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

**Robert CUNNINGHAM v. CITY OF TALLADEGA.**
7 Div. 130.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.